**IN RE H.L.A.D.**

[362 N.C. 170 (2008)]

IN THE MATTER OF H.L.A.D.

No. 386A07

(Filed 25 January 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 184 N.C. App. 381, 646 S.E.2d 425 (2007), affirming an order entered on 14 September 2006 by Judge Thomas G. Taylor in District Court, Gaston County. Heard in the Supreme Court on 10 December 2007.

*Sofie W. Hosford for petitioner-appellees James R. Helms and Crystal Helms.*

*Duncan B. McCormick for respondent-appellant father.*

PER CURIAM.

AFFIRMED.